UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>     v.<br><br>Nancy L. Moore, in her individual and representative capacity as Trustee-- Nancy L. Moore Trust; Jeffrey W Chappell; and Does 1- 10,<br><br>            Defendants. | No. 2:14-cv-01531-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        Although Plaintiff states in the September 16, 2014 Joint Status Report, "[t]he complaint [was] duly served on . . . Defendant Nancy [L. Moore] on or about August 31, 2014," that Defendant has not yet appeared and did not participate in preparing the JSR. (JSR 1:25-26, 2:2-3, ECF No. 8.) Further, Plaintiff does not indicate in the JSR whether or how he intends to prosecute the action against Defendant Nancy L. Moore.

        Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 29, 2014, is continued to November 10, 2014, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall address his intentions and/or efforts in prosecuting this action against

1 | Defendant Nancy L. Moore. Defendant Nancy L. Moore may be
2 | dismissed with prejudice under Federal Rule of Civil Procedure
3 | 41(b) if Plaintiff fails to respond to this Order.
4 |     IT IS SO ORDERED.
5 | Dated: September 22, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```